UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON, | No. 2:15-cv-2158 AC P |
| Plaintiff, | |
| v. | ORDER |
| TIMOTHY HOWARD DELGADO, et al., | |
| Defendant. | |

This action was dismissed by order and judgment filed April 11, 2016. See ECF Nos. 6, 7. Thereafter plaintiff filed a notice of appeal and two motions to proceed in forma pauperis. See ECF Nos. 8, 10, 13. Plaintiff's appeal has been accorded a case number in the Court of Appeals and plaintiff is there actively pursuing independent requests to proceed in forma pauperis. See Ninth Circuit Court of Appeals Docket, Case No. 16-16979. Therefore, plaintiff's requests to proceed in forma pauperis in this court will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's post-judgment motions to proceed in forma pauperis, ECF Nos. 10 and 13, are DENIED. This case remains closed.

SO ORDERED.

DATED: December 28, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE